UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-162-FtM-38CM

ALEXIS CABALLERO

### ORDER

This matter comes before the Court on the Notice of Withdrawal of Request for Restitution (Doc. #68) filed on June 7, 2017. The Government filed a Notice indicating the request for restitution has been withdrawn by the identified victim in this case. Further, there are no additional victims that have requested restitution in this case. As such, the court finds the restitution hearing currently scheduled for June 19, 2017 can be cancelled and removed from the docket.

Accordingly, it is now

**ORDERED:**

The clerk is directed to issue a notice cancelling the hearing set for June 19, 2017 at 10:00 AM.

**DONE AND ORDERED** at Fort Myers, Florida, this 9th day of June, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record